UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE


LARRY C. LAY, et al.,                          )
                                               )
              Plaintiffs,                      )
                                               )
v.                                             )         No. 3:09-CV-252
                                               )
BURLEY STABILIZATION CORPORATION,              )
                                               )
              Defendant.                       )


**MEMORANDUM AND ORDER**

Pursuant to Local Rule 3.2(d)(3), the undersigned finds that this case is sufficiently

related to the previously filed cases of Lay, et al. v. Burley Stabilization Corporation, 3:06-CV-111

and 3:07-CV-259 (Phillips/Guyton), and that this case also should be assigned to District Judge

Thomas W. Phillips and Magistrate Judge H. Bruce Guyton.

**IT IS SO ORDERED.**

ENTER:


          s/ H. Bruce Guyton
United States Magistrate Judge