UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| LARRY C. LAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:09-CV-252 |
| ) | (PHILLIPS/GUYTON) |
| V. ) | |
| ) | |
| BURLEY STABILIZATION CORP., ) | |
| ) | |
| Defendant. ) | |

## ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636(b), the Rules of this Court, and the order of the District Court [Doc. 39] referring Defendant's Application for Attorneys' Fees and Expenses [Doc. 37], and related motions, to this Court for disposition.

The Plaintiffs have filed a Motion for Leave to File a Sur-Reply in Opposition to Defendant's Application for Attorneys' Fees and Expenses [Doc. 42]. The Court has entered an Order [Doc. 43], which directs the parties to supplement their filings on the issue of an attorneys' fees award. Thus, the Court finds that the Plaintiffs' request for further briefing on the issue of attorneys' fees is now moot. Accordingly, the Motion for Leave **[Doc. 42]** is **DENIED AS MOOT**.

**IT IS SO ORDERED**.

ENTER:

    s/ H. Bruce Guyton
United States Magistrate Judge